JS-6

FILED
CLERK, U.S. DISTRICT COURT

11/17/17

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NIKKI HARRIS,** | Case No. 2:17-cv-06140-MWF |
| Plaintiff, | **ORDER** |
| vs. | |
| **COLONY BRANDS, INC.**, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 17th day of November, 2017.

*/s/ Michael W. Fitzgerald*
The Honorable Michael W. Fitzgerald
United States District Judge